772 A.2d 930

JOANE BROWN, ET AL., PLAINTIFFS–PETITIONERS, v. FELIX GARCIA, M.D., ET AL., DEFENDANTS–RESPONDENTS.

February 27, 2001.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration of the use of the medical judgment charges in the light of this Court's decision in *Velazquez v. Portadin*, 163 *N.J.* 677, 751 *A.*2d 102 (2000).

Jurisdiction is not retained.

772 A.2d 930

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT v. BENIGNO ROSARIO, DEFENDANT–PETITIONER.

March 14, 2001.

Petition for certification is granted, and the matter is summarily remanded to the trial court to have an evidentiary hearing on the enforceability of plea agreement.